

Entered on Docket
March 29, 2011

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge
_____

1  KATHLEEN A. LEAVITT
   CHAPTER 13 STANDING TRUSTEE
2  201 Las Vegas Blvd SouthSuite 200
   Las Vegas, NV  89101
3  (702) 853-0700

4  UNITED STATES BANKRUPTCY COURT
   DISTRICT OF NEVADA

5  IN RE:                              Chapter 13
   JORGE DELRIO                        BKS-11-11718-MKN

6                                      Hearing Date: N/A
            Debtor                     Hearing Time: N/A
7

8  PRO SE DEBTOR
   Attorney for Debtor

9       EX-PARTE ORDER DISMISSING CHAPTER 13
        CASE PURSUANT TO 11 U.S.C. SECTION 521(i)
10

11    As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not

12  filed Schedules A through J, Statement of Financial Affairs, Chapter 13 Plan as required within the

    forty-five (45) day period, which expired on March 25, 2011.
13
    . . .
14
    . . .
15
    . . .

1

1  **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is

2  **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3  **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as

4  and for administrative expenses from the balance on hand in this case, if any.

5  **IT IS SO ORDERED.**

6  Submitted by:

7  /s/ Kathleen A. Leavitt
8  KATHLEEN A. LEAVITT
   CHAPTER 13 BANKRUPTCY TRUSTEE
   Dated: March 28, 2011
9  (CJY)